**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**BRENDA A. BOSLEY, et al.,**

                    Plaintiffs,                    **CIVIL ACTIONS NO.: 3:07-CV-142**
**v.**                                             **(JUDGE BAILEY)**

**COLONEY D.L. LEMMON,**
**SUPERINTENDENT OF THE WEST**
**VIRGINIA STATE POLICE, IN HIS**
**OFFICIAL CAPACITY, et al.,**

                    Defendants.

## ORDER

This matter is now before the Court for consideration of Plaintiffs' Motion for Enlargement of Time [Doc. No. 12] filed on November 19, 2007. Plaintiffs seek to enlarge the time period in which they may file their reply memoranda in regards to defendants' Motion to Dismiss [Doc. No. 8]. Plaintiffs request more time to respond due to time constraints and the preparation of a motion to remand.

After careful review, the Court finds good cause to grant the Motion. Accordingly, the **Motion for Enlargement of Time [Doc. No. 12]** is **GRANTED**. Plaintiffs shall file their **reply memoranda** on or before **fourteen (14) days** after the Court rules on the Motion to Remand.

          **IT IS SO ORDERED**.

The Clerk is directed to transmit a copy of this Order to counsel of record herein.

**DATED**: November 21, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE