THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

BRENDA A. BOSLEY, et al.,

        Plaintiffs,                  CIVIL ACTION NO.: 3:07-CV-142

v.                                     (JUDGE BAILEY)

COLONEL D.L. LEMMON,
SUPERINTENDENT OF THE WEST
VIRGINIA STATE POLICE, IN HIS
OFFICIAL CAPACITY, et al.,

        Defendants.

## ORDER

This matter is now before the Court for consideration of Plaintiffs' Motion for Extension of Time to File Fee Request [Doc. No. 23], filed on January 1, 2008. Plaintiffs seek to extend the time period in which they may file a Motion for attorney's fees against the defendants until January 28, 2008. Plaintiffs request more time to prepare the Motion because plaintiffs' counsel, John C. Yoder, has duties in the West Virginia Legislature during the month of January.

After careful review, the Court finds good cause to grant the Motion. Accordingly, the **Motion for Extension of Time fo File Fee Request [Doc. No. 23]** is **GRANTED**. The Motion shall be filed on or before **January 28, 2008**.

    **IT IS SO ORDERED**.

The Clerk is directed to transmit a copy of this Order to counsel of record herein.

**DATED**: January 4, 2008.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE