IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg Division

BRENDA A. BOSLEY, ADMINISTRATRIX OF
THE ESTATE OF JAMES C. BOSLEY, DECEASED,
AND BRENDA BOSLEY,

                Plaintiffs,

vs.                                      CASE NUMBER 3:07-CV-142

COLONEL D. L. LEMMON, SUPERINTENDENT OF
THE WEST VIRGINIA STATE POLICE, et al.,

                Defendants.

### PLAINTIFFS' RULE 26(a)(3) DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the scheduling order entered in this civil action, the plaintiffs hereby make the following disclosures:

The plaintiffs expect to call the following witnesses at the trial of this civil action:

1. Brenda Bosley
2. Chris Guynn
3. James Mills (adverse)
4. Paul Sabin
5. John Droppleman
6. Jeff Fraley
7. Lynn Nelson

    8. Michael Lyman

    9. Dawn Dawson

    10. Donald Liller

The plaintiffs expect to offer the following as exhibits at the trial of this civil action:

1. Certificate of Death
2. Mills Deposition – Exhibit #1
3. Floor Plan - Bosley Residence
4. Keyser State Police Crime Report
5. Note - Refrigerator
6. Note – Photo Album
7. Smith Funeral Home Invoice
8. Droppleman Report of Criminal Investigation
9. Statement of CPL. J. M. Mills
10. Statement of Chief Deputy Paul Sabin
11. Order for Detention, Examination, and Probable cause Hearing
12. Death Investigation report & T.O.D. Examination
13. Droppleman Supplemental Report of Investigation
14. WV OEMS Patient Care Report
15. West Virginia State Police Complaint Report - #222016076
16. Defendant James M. Mills' Response to Plaintiffs' Requests for Admissions
17. Photographs of Bosley residence in defendant's possession

Plaintiffs may offer the following designated depositions if the need arises:

1. Deposition of James Mills

2. Deposition of Paul Sabin

3. Deposition of Chris Guynn

4. Deposition of John Droppleman

5. Deposition of Jeff Fraley

6. Deposition of Lynn Nelson

7. Deposition of Michael Lyman

8. Deposition of Gerry Billy

9. Deposition of Stephen Cogar

Dated this the 10th day of August, 2009.

  /s/ Harry P. Waddell_____
Harry P. Waddell
300 West Martin Street
Martinsburg, West Virginia 25401
(304) 263-4988
(304) 262-2498
Hwad50@aol.com
WV State Bar No. 3883

**CERTIFICATE OF SERVICE**

I, Harry P. Waddell, hereby certify that on August 10, 2009, I electronically filed this Certificate of Service with the Clerk of the Court using the CM/ECF system evidencing service of *Plaintiffs' Rule 26(a)(3) Disclosures* upon the following counsel of record:

>Lucien G. Lewin, Esquire
>Jason P. Foster, Esquire
>Steptoe $ Johnson PLLC
>1250 Edwin Miller Blvd.
>Suite 300
>Martinsburg, WV 25404-3702

>/s/ Harry P. Waddell
>Harry P. Waddell
>300 West Martin Street
>Martinsburg, WV  25401
>(304) 263-4988
>(304) 262-2498 (fax)
>Email: hwaddell@wvdsl.net
>Counsel for Plaintiff

4