AO 450 (Rev. 01/09) Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
OCT 1 4 2009
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

Brenda A. Bosley, et. al.,            )
         *Plaintiff*                  )
         v.                              )   Civil Action No.    3:07cv142
Colonel D.L. Lemmon, et. al.          )                       (Bailey)
         *Defendant*                 )

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

**x** the plaintiff *(name)* Brenda Bosley, et. al. recover from the defendant *(name)* Mineral County Defendants the amount of Thirty Thousand dollars ($ 30,000 ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____.

☐ other: ____

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

**x** decided by Judge John Preston Bailey on a motion for Entry of Judgment Order

Date: Oct 14, 2009

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*