# Invoice

**The Lex Group VA**
P.O. Box 1111
Richmond, VA  23218
804-644-4419
EIN #11-3707249

| DATE | INVOICE NO. |
|---|---|
| 4/9/2008 | 11269 |

| CONTRACTING ATTORNEY | RECORD NUMBER AND STYLE |
|---|---|
| John C. Yoder<br>ATTORNEY AT LAW<br>P.O. Box 940<br>Harpers Ferry, WV  25425 | 08-1032<br>Brenda A. Bosely<br>v.<br>D. L. Lemmon, et al. |

| TERMS | LEX REP | FILING DATE |
|---|---|---|
| NET 30/C | AG | 4/8/2008 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Brief of Appellees Base Fee/4th Circuit | | 100.00 | 100.00 |
| Brief of Appellees per page fee/4th Circuit (12 copies of 32 pages = 384) | 384 | 0.35 | 134.40 |
| Paralegal Fee (Format Brief/Compose TOC & TOA) | 1 | 100.00 | 100.00 |
| incorrect check amount | | -0.40 | -0.40 |

**Net 30/1.5% monthly late fee/Federal Tax ID 11-3707249**

**Total** $334.00

**We accept Visa, MasterCard and American Express.**